IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIGHT IN THE BOX LIMITED and LIGHTINTHEBOX HOLDING CO., LTD., <br><br> Defendants. | Case No. 23-cv-04966 |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to Local Rule 3.4, Plaintiff Oakley, Inc., by and through its counsel, hereby provides notice of claims involving trademarks. The information required by the rule and 15 U.S.C. §1116(c) is as follows:

1. Names and Addresses of Litigants:

    Oakley, Inc.
    One Icon
    Foothill Ranch, California 92610

    Light In The Box Limited
    Hong Kong

    LightInTheBox Holding Co., Ltd.
    51 Tai Seng Avenue
    #05-02B/C
    Pixel Red, Singapore (533941)

2. U.S. Registrations upon which suit has been brought include:

1

| Registration Number | Trademark |
|---|---|
| 1,522,692<br>2,293,046 | OAKLEY |
| 5,109,790 | |
| 3,331,124 | |

Dated this 28th day of July 2023.          Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Jake M. Christensen
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
jchristensen@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Oakley, Inc.*