**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Oakley, Inc.

                    Plaintiff,

v.                                     Case No.: 1:23–cv–04966
                                     Honorable Lindsay C. Jenkins

Light In The Box Limited, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 8, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Motion hearing held. For the reasons stated in open court, Defendants' motion for leave to conduct depositions remotely [25] is denied. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.